IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YOUNGS TRANSPORT, LLC,     )<br>                              )<br>    *Plaintiff*,              )<br>                              )<br>v.                            )     Civil Action No.: 8:22-cv-02753-DLB<br>                              )<br>VOLVO GROUP                   )<br>NORTH AMERICA, LLC,           )<br>                              )<br>    *Defendant*.              )<br>                              ) | |

### JOINT STATUS REPORT

The Court entered a letter order to all parties on November 15, 2022 requesting that they submit a joint status report on November 23, 2022 in preparation for a conference call with chambers scheduled for November 29, 2022 at 10:00 a.m. Counsel for Plaintiff Youngs Transport, LLC and Defendant Volvo Group North America, LLC conferenced on November 21, 2022 and agreed to the following points:

1. Counsel do not propose any changes to the proposed scheduling order.

2. Counsel agree to the Court's default limit of fifteen hours of depositions for fact witnesses per party.

3. Counsel do not want to defer expert discovery until after the Court resolves dispositive motions.

4. Discovery of electronically stored information is not necessary to the extent that it would require any intervention by the Court.

5. Counsel want to participate in a settlement conference after the completion of discovery.

6. There is unanimous consent by all counsel to proceed before a United States Magistrate Judge for all further proceedings.

Respectfully submitted,

_____/s/_____
Andrew T. Stephenson (26504)
Joshua T. Carback (21713)
FRANKLIN & PROKOPIK, P.C.
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 230-3942 (telephone)
(410) 752-6868 (facsimile)
Email: astephenson@fandpnet.com
Email: jcarback@fandpnet.com
*Attorneys for Defendant/Petitioner*
*Volvo Group North America, LLC*

## CERTIFICATE OF SERVICE

I certify that on November 28, 2022, I served a copy of this Joint Status Report via CM/ECF and email on the following:

Jacqueline C. Herritt, Esq. (28826)
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, Pennsylvania 19002
Email: jherritt@lemonlaw.com
*Attorney for Plaintiff/Respondent Youngs Transport LLC*

_____/s/_____
Joshua T. Carback, Esq. (21713)
